# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

HARJIT SINGH,

        Petitioner,

    v.

WARDEN, DESERT VIEW ANNEX DETENTION FACILITY, et al.,

        Respondents.

No. 5:26-cv-00477-SSS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. Both parties indicated they would not be filing objections to the Report and Recommendation. (ECF 13, 14.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Claim Two in the Petition is **granted**.

3. Petitioner is ordered released from immigration detention **within one business day** of this Order and shall not be re-detained unless he is provided a pre-deprivation hearing with respect to such detention, at least until

his removal order is administratively final.

4.    Respondents shall file a status report **within two business days** of this Order confirming their compliance.

5.    The remaining claims in the Petition are **denied as moot**.

6.    The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: ___February 18, 2026_____

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2